

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2018

No. 04-18-00357-CR & 04-18-00358

Carlos Javier **CHAVEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 551667 & 551669
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

This is a consolidated appeal from appellants' convictions for evading arrest and driving while intoxicated. Appellant's court-appointed counsel filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), asserting there is no meritorious issue to raise on appeal.

When counsel "cannot, in good faith, advance any arguable grounds of error," counsel's *Anders* brief must "contain a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced." *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978). The brief must refer the appellate court to anything in the record that might arguable support the appeal; discuss the evidence adduced at trial; provide the court with ready references to the record, and include appropriate citations to legal authorities. *Id.* at 812–13. "The [*Anders*] brief must demonstrate that the appeal is so frivolous that the appellant is not entitled to counsel on appeal." *Nicholas v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.).

The brief filed by appointed counsel on behalf of appellant does not meet these requirements. Specifically, although the brief contains a recitation of the testimony and procedural facts, it contains no legal analysis, simply concluding: "Though the facts in this case could have lent themselves to potential reversible error, based on certain requests made by the State, out of an abundance of caution, the Court ruled correctly. Therefore, there is no reversible error evident from the record of this trial." The brief does not contain a professional evaluation

of the record, merely a recitation of testimony and events at trial; it does not demonstrate there is no arguable issue for appeal, but merely concludes in a single sentence that there is no error.

Accordingly, we **ORDER** appointed counsel's *Anders* brief stricken and that the brief be redrawn. We **ORDER** the redrawn brief to be filed in this court on or before **November 13, 2018**. We further **ORDER** appointed counsel to notify appellant that the **Anders** brief has been stricken, that there is no current deadline for filing a pro se brief, and to provide this court with proof that she has notified appellant as ordered.

We **order** the clerk of this court to serve a copy of this order on the trial court and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court